IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **AMANDA MAE MELTON** § | | CASE NO. 25-43217-elm7 |
| § | | |
| *Debtor*, § | | CHAPTER 7 |
| § | | |
| **RICHARD KEVIN BROWN** § | | ADVERSARY PROCEEDING |
| *Plaintiff*, § | | NO. 25-04149-elm7 |
| § | | |
| v. § | | |
| § | | |
| **AMANDA MAE MELTON** § | | |
| *Defendant.* § | | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF EMERGENCY
MOTION TO EXTEND TIME [DOCKET NO. 22]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES RICHARD KEVIN BROWN Plaintiff in the above-captioned adversary proceeding, and files this Notice of Withdrawal of the Emergency Motion to Extend Time to File Complaint Objecting to Dischargeability, Nunc Pro Tunc, filed on November 25, 2025, at Docket No. 22.

1. Plaintiff filed the Emergency Motion out of an abundance of caution immediately following a series of technical and administrative failures that occurred on the filing deadline of November 24, 2025.

2. Upon further review of the applicable law and the Federal Rules of Bankruptcy Procedure, Plaintiff asserts that the Complaint was timely filed as a matter of law pursuant to Bankruptcy Rule 9006(a)(3).

3. Rule 9006(a)(3) provides that if the clerk's office is "inaccessible" on the last day

of a filing period, the time for filing is extended until the end of the next day that is not a weekend or holiday. As set forth in Plaintiff's Response to Defendant's Motion to Dismiss, the Clerk's Office was functionally and technically inaccessible to Plaintiff on the evening of November 24, 2025.

4. Because the Complaint is deemed timely under Rule 9006(a)(3), the relief requested in the Emergency Motion—an extension of time based on "excusable neglect" under Rule 9006(b)(1) —is unnecessary and moot.

5. Plaintiff will proceed on the merits of the Complaint and the legal arguments presented in the Response to the Defendant's Motion to Dismiss.

WHEREFORE, Plaintiff respectfully withdraws the Emergency Motion to Extend Time [Docket No. 22].

        Respectfully submitted,

        THE ALLEN FIRM, P.C.

        By:/s/ **Cassie M Meyer**
            Cassie M Meyer, Esq.
            Texas Bar No. 24140549
            Email: cassie@allenlawfirm.com
            181 S. Graham Street
            Stephenville, Texas 76401
            Tel: (254) 965-3185
            Fax: (254) 965-6539
              ATTORNEYS FOR RICHARD KEVIN BROWN, CREDITOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January 2026, a true and correct copy of the foregoing Plaintiff's Notice of Withdrawal of Emergency Motion to Extend Time [Docket No. 22] was served electronically via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including:

Clayton L. Everett
Norred Law, PLLC
clayton@norredlaw.com
*Counsel for Defendant/Debtor*