| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amanda Mae Melton** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3944 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   25–43217–elm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amanda Mae Melton
fka Amanda Mae Swatsell, fka Amanda Mae
Brannon, fka Amanda Mae Truss

1/26/26

**By the court:** <u>Edward L. Morris</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318        **Order of Discharge**        page 2

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                  Case No. 25-43217-elm

Amanda Mae Melton                                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                Page 1 of 4

Date Rcvd: Jan 27, 2026                       Form ID: 318                                Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Mae Melton, 3960 County Road 156, Bluff Dale, TX 76433-3313 |
| 22740517 | + | Chitown Aesthetics, 1707 Eye St. Ste. 300, Bakersfield, CA 93301-5258 |
| 22740533 | + | First Financial Bank, c/o Larry Spangler, Credit Agent, PO Box 13891, Arlington, TX 76094-0891 |
| 22740539 | + | Lonestar finance, 1707 Eye Street, Bakersfield, CA 93301-5244 |
| 22740547 | + | Richard Kevin Brown, c/o The Allen Firm, P.C., 181 S. Graham Ave., Stephenville, TX 76401-4201 |
| 22740549 | | Snap Finance, 136 E. South Temple Ste. 2420, Salt Lake City, UT 84111-1185 |
| 22740572 | + | Yamaha Motor Finance, Po Box 504125, San Diego, CA 92150-4125 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: julie.parsons@mvbalaw.com | Jan 27 2026 21:45:00 | County of Erath, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: bk@szjlaw.com | Jan 27 2026 21:44:00 | Santander Consumer USA Inc., C/O Stewart, Zlimen & Jungers Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| cr | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jan 27 2026 21:45:00 | Vanderbilt Mortgage and Finance, Inc., Po Box 9800, Maryville, Tn 37802-9800 |
| 23040383 | | EDI: ATLASACQU | Jan 28 2026 02:34:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 22740512 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 27 2026 21:46:03 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 22740513 | | Email/Text: bcd@oag.texas.gov | Jan 27 2026 21:44:00 | Attorney General of Texas, Collections Div/Bankruptcy Sec, PO Box 12548, Austin, TX 78711-2548 |
| 22740514 | + | Email/Text: bk@avant.com | Jan 27 2026 21:45:00 | Avant LLC, Attn: Bankruptcy, 222 W Merchandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 22740515 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 27 2026 21:46:12 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike 201, Wilmington, DE 19803-3656 |
| 22740516 | + | EDI: CAPITALONE.COM | Jan 28 2026 02:34:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 22740518 | + | EDI: CITICORP | Jan 28 2026 02:34:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 22740519 | + | EDI: CITICORP | Jan 28 2026 02:34:00 | Citibank/Best Buy, dept St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized Bk,MO 63179-0034 |
| 22740520 | + | EDI: CITICORP | | |

District/off: 0539-4 | User: admin | Page 2 of 4
Date Rcvd: Jan 27, 2026 | Form ID: 318 | Total Noticed: 65

| | | | |
|---|---|---|---|
| | | Jan 28 2026 02:34:00 | Citibank/Sears, Attn: Bankruptcy, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 22740521 | + EDI: CITICORP | | |
| | | Jan 28 2026 02:34:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 22740522 | EDI: CITICORP | | |
| | | Jan 28 2026 02:34:00 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 22740523 | + EDI: WFNNB.COM | | |
| | | Jan 28 2026 02:34:00 | Comenity Bank/Bealls, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 22740524 | + EDI: WFNNB.COM | | |
| | | Jan 28 2026 02:34:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 22740525 | + EDI: WFNNB.COM | | |
| | | Jan 28 2026 02:34:00 | Comenity Capital/Acadmy, Attn: Bankruptcy, PO Box 183003, Columbus, OH 43218-3003 |
| 22740526 | + EDI: WFNNB.COM | | |
| | | Jan 28 2026 02:34:00 | Comenity/zlotlt, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 22740528 | + EDI: PHINGENESIS | | |
| | | Jan 28 2026 02:34:00 | Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 22740529 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 27 2026 21:46:06 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 22740530 | Email/Text: litigation@dallascounty.org | | |
| | | Jan 27 2026 21:45:00 | Dallas County Tax Assessor/Collector, John R. Ames, CTA, PO Box 139066, Dallas, TX 75313-9066 |
| 22740531 | + EDI: BLUESTEM | | |
| | | Jan 28 2026 02:34:00 | Fingerhut, Attn: Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 22740532 | + EDI: BLUESTEM | | |
| | | Jan 28 2026 02:34:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 22740534 | EDI: AMINFOFP.COM | | |
| | | Jan 28 2026 02:34:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 22740535 | + EDI: PHINGENESIS | | |
| | | Jan 28 2026 02:34:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 22740536 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | Jan 27 2026 21:45:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 22740537 | EDI: IRS.COM | | |
| | | Jan 28 2026 02:34:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22740540 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 27 2026 21:46:02 | LVNV Funding LLC/Resurgent, Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 22740538 | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Jan 27 2026 21:45:00 | Linebarger Goggan Blair &, Sampson LLP, 2777 N Stemmons Fwy Ste 1100, Dallas, TX 75207-2513 |
| 22740543 | Email/Text: ml-ebn@missionlane.com | | |
| | | Jan 27 2026 21:44:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 22740542 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Jan 27 2026 21:44:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 22740544 | + Email/Text: netcreditbnc@enova.com | | |
| | | Jan 27 2026 21:45:47 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd Suite 1000, Chicago, IL 60604-2843 |
| 22740546 | ^ MEBN | | |
| | | Jan 27 2026 21:44:03 | Reach Financial, Attn: Bankruptcy, 180 Maiden Lane, Suite 2801, New York, NY 10038-4968 |
| 22740548 | + Email/Text: DeftBkr@santander.us | | |
| | | Jan 27 2026 21:45:00 | Santander Bank, 10-64-38-FD7, 601 Penn Street, Reading, PA 19601-3563 |
| 22740550 | EDI: SYNC | | |
| | | Jan 28 2026 02:34:00 | Syncb/Home Design, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |

| 22740551 | | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5065 |
| 22740552 | | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Syncb/walm, Po Box 965024, Orlando, FL 32896-5065 |
| 22740553 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 22740554 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 22740555 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/Gap, PO Box 965060, Orlando, FL 32896-5060 |
| 22740556 | | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/Home Design CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 22740557 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 22740558 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/Lowes, PO Box 965060, Orlando, FL 32896-5060 |
| 22740559 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 22740560 | | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5065 |
| 22740561 | + | EDI: SYNC | | |
| | | | Jan 28 2026 02:34:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 22740562 | | Email/Text: bankruptcyclerk@tabc.texas.gov | | |
| | | | Jan 27 2026 21:45:00 | TABC, Licenses and Permit Division, PO Box 13127, Austin, TX 78711-3127 |
| 22740527 | | Email/Text: pacer@cpa.state.tx.us | | |
| | | | Jan 27 2026 21:45:00 | Comptroller of Public Accounts, Revenue Accounting/Bankruptcy Div, PO Box 13528, Austin, TX 78711 |
| 22740545 | | Email/Text: BankruptcyNotices@schear.net | | |
| | | | Jan 27 2026 21:45:00 | Quick Credit, 3280 N. University Ave., Provo, UT 84604 |
| 22740563 | + | EDI: PHINGENESIS | | |
| | | | Jan 28 2026 02:34:00 | Tbomccimc, Po Box 4499, Beaverton, OR 97076-4499 |
| 22740564 | | Email/Text: collections.pacer@twc.texas.gov | | |
| | | | Jan 27 2026 21:45:00 | Texas Workforce Commission, TEC Building-Bankruptcy, 101 E 15th St RM 370, Austin, TX 78778-0001 |
| 22740565 | ^ | MEBN | | |
| | | | Jan 27 2026 21:43:35 | United States Attorney General, Department of Justice, 10 and Constitution, NW, Washington, DC 20530-0001 |
| 22740566 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | Jan 27 2026 21:45:00 | United States Trustee, Rm 9C60 1100 Commerce St, Dallas, TX 75242-9998 |
| 22740567 | | Email/Text: ustpregion06.ty.ecf@usdoj.gov | | |
| | | | Jan 27 2026 21:45:00 | United States Trustee -Eastern, 110 N College Ave, Tyler, TX 75702-0204 |
| 22740568 | + | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | | Jan 27 2026 21:45:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 22740569 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | | |
| | | | Jan 27 2026 21:45:00 | Vanderbilt Mortgage and Finance, Inc, Attn: Bankruptcy Dept, PO Box 9800, Maryville, TN 37802-9800 |
| 22740570 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 28 2026 02:34:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 22740571 | + | EDI: WFAUTO | | |
| | | | Jan 28 2026 02:34:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

District/off: 0539-4 | User: admin | Page 4 of 4
Date Rcvd: Jan 27, 2026 | Form ID: 318 | Total Noticed: 65
TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 22740541 | *+ | Amanda Mae Melton, 3960 County Road 156, Bluff Dale, TX 76433-3313 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cassie Meyer | on behalf of Creditor Richard Kevin Brown cassie@allenlawfirm.com |
| Cassie Meyer | on behalf of Plaintiff Richard Kevin Brown cassie@allenlawfirm.com |
| Clayton Everett | on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Julie Anne Parsons | on behalf of Creditor County of Erath jparsons@mvbalaw.com karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Marcus B. Leinart | on behalf of Debtor Amanda Mae Melton ecf@leinartlaw.com ecfbackup@leinartlaw.com;llfecfbackup@yahoo.com;leinartlawfirmtx@jubileebk.net |
| Roddrick Newhouse | rn7trustee@gmail.com  rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7